FILED
SUPERIOR COURT
OF GUAM

2024 JUN 19 PM 5:07

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM, )  CRIMINAL CASE NO. **CF0334-23-01**
)  GPD REPORT NO. 23-10760
)
vs. )
)
)
**THERESA MARIE AFLLEJE BLAS,** )  DECISION AND ORDER GRANTING
DOB: 07/08/1971 )  MOTION FOR LEAVE OF COURT
)
Defendant. )
_____)

## INTRODUCTION

This matter came before the Honorable Maria T. Cenzon on June 7, 2024, for a hearing on the People's Motion for Leave of Court to file a Motion for Reconsideration and the People's Motion for Leave of Court to file a Motion to Disqualify Defense Counsel ("the Motions" or "the Motion"). Defendant Theresa Marie Aflleje Blas ("Defendant") was present and represented by defense counsel Thomas J. Fisher. Acting Chief Prosecutor Gloria Ann Rudolph was present on behalf of the People of Guam ("the People"). After the hearing, the Court took the Motion under advisement pursuant to CVR 7.1(e)(6)(D) of the LOCAL RULES OF THE SUPERIOR COURT OF GUAM. For the purpose of efficient judicial economy and in consideration of the Defendant's assertion of her speedy trial rights, the Court issues its Decision and Order for both Motions.

After having received and reviewed the papers, arguments, and the file herein, the Court issues the following Decision and Order **GRANTING** the People leave of court to file their respective motions in this matter.

## PROCEDURAL AND FACTUAL BACKGROUND

This matter began on May 11, 2024, upon the People's filing of the Magistrate's Complaint charging defendant of the following offenses: the fourth charge of Promoting Major Prison Contraband (As a Second Degree Felony) and the fifth charge of Promoting Major Prison Contraband (As a Misdemeanor). Subsequently on May 19, 2023, the People filed the Indictment charging the Defendant of the same offenses. At her arraignment, the Defendant asserted her speedy trial rights on September 6, 2023.

On November 3, 2023, the Defendant filed a Motion to Disqualify a Prosecutor, and the People timely opposed the motion on November 17, 2023. On April 3, 2024, the Court issued its Decision and Order granting Defendant's Motion to Disqualify a Prosecutor. The People filed subsequent Motions for Leave of Court to file a Motion to Disqualify Defense Counsel on April 5, 2024, and to file a Motion for Reconsideration on April 8, 2024. The Defendant timely filed their oppositions to the Motion for Reconsideration on April 16, 2024, and to the Motion to Disqualify Defense Counsel on May 3, 2024.

## LAW

Guam law provides the procedure upon which motions may be made before the court. "Any defense, objection, or request which is capable of determination without the trial of the general issue may be raised before trial by motion. Motions may be written or oral at the discretion of the judge." 8 GCA § 65.15. The court has the discretion to allow filings of motions beyond set time limits previously ordered by the court. *See* 8 GCA § 65.45. Whether the court grants requests to file a late motion is dependent upon the balancing of preserving due process and the circumstances of the case as presented by the moving party for the court's consideration. *See Ungar v. Sarafite,* 376 U.S. 575, 589, 590 (1964) ("There are no mechanical tests for deciding when a denial of a

continuance is so arbitrary as to violate due process. The answer must be found in the circumstances present in every case, particularly in the reasons presented to the trial judge.")

## DISCUSSION

The People request leave of court to file their respective motions on the following grounds. For their Motion of Reconsideration, the People assert that the Guam Supreme Court's recent Declaratory Judgment[1] on the powers available to the Attorney General to appoint special prosecutors affects the Court's analysis contained within the Court's Decision and Order disqualifying Special Assistant Attorney General Joseph B. McDonald. *See Min. Entry, Mot. Hrg.* (June 7, 2024). Further, the People assert several grounds in their pleadings for leave of court, one of which pertains to the Court's misapplication of existing Guam law, while another pertains to the Court's first impression of the issue. *See People Mot. for Leave of Court to File Motion for Reconsideration* (Apr. 8, 2024). For their Motion to Disqualify Defense Counsel, the People argue that the same analysis that led to the Court's holding in its Decision and Order should also apply to Defendant's defense counsel and, therefore, leave of court is necessary to file such a Motion.

The Defendant opposes the People's request for leave of court to file both Motions on the grounds that the People should not have the opportunity to relitigate a decision by this Court. *See Min. Entry, Mot. Hrg.* (June 7, 2024). The Defendant submits to the discretion of this Court.

The Court issued it Amended Criminal Trial Scheduling Order [Asserted] on April 3, 2024, ordering that no motions are to be filed without leave of court. *See Amended Criminal Trial Scheduling Order [Asserted],* (Apr. 3, 2024). The Court is empowered discretion by 8 GCA § 65.45 to grant motions for leave of court for parties to file motions outside of the time limits set

---

[1] Supreme Court Case No. CRQ24-001. In Re. Request of Lourdes A. Leon Guerrero, I Maga'Hågan Guåhan, Relative to the Duties of the Attorney General of Guam to Executive Branch Agencies.

by this Court. In consideration of the pleadings set forth by the People and the Defendant, the Court finds good cause to permit the People to file their respective motions as indicated in their pleadings.

<u>CONCLUSION</u>

**IT IS THEREFORE ORDERED** as follows:

1. The Court **GRANTS** the People's Motions for Leave of Court to file their respective Motion for Reconsideration and Motion to Disqualify Defense Counsel.

2. The Court **ORDERS** the following Briefing Schedule upon the parties:

   - The People's Motion for Reconsideration and Motion to Disqualify Defense Counsel are each DUE by Close of Business on July 5, 2024.

   - Defendant's Opposition Responses are DUE by Close of Business on July 19, 2024.

   - The People's Replies to Defendant's Opposition Responses are DUE by Close of Business on July 26, 2024.

   - The Court shall determine whether oral argument on the Motions is necessary upon the closing of the pleadings and review of the submissions.

**SO ORDERED** this _____JUN 19 2024_____.


**HONORABLE MARIA T. CENZON**
Judge, Superior Court of Guam